1 PHILLIP A. TALBERT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8

9                         UNITED STATES DISTRICT COURT

                         EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-mj-00036-SAB |
| | (prior case 1:23-po-165-SAB) |
12 |                    Plaintiff, | |
| | MOTION TO DISMISS AND VACATE TRIAL |
13 | v. | DATE; ORDER |
| | |
14 | DALLAS LUCAS, | TRIAL DATE:  April 19, 2024 |
| | TIME:  9:30 am |
15 |                    Defendant. | COURT:  Hon. Stanley A. Boone |

16

17

18         The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss this case, due to proof and

20 witness issues, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of

21 Criminal Procedure.  The United States has conferred with defense counsel who indicated Defendant has

22 no opposition to the dismissal.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                                  1

1    The United States further requests that the Court vacate the April 19, 2024 trial date and April

2    10, 2024 motions hearing in the case.

3

4    DATED: April 8, 2024                              Respectfully submitted,

5                                                       PHILLIP A. TALBERT
                                                        United States Attorney
6
                                          By:    /s/ *Jeffrey A. Spivak*
7                                                JEFFREY A. SPIVAK
                                                 Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Lucas
Case No. 1:24-mj-00036-SAB

1

2

# O R D E R

3

4
    IT IS HEREBY ORDERED that Case No. 1:24-MJ-00036-SAB (and prior case 1:23-po-165-

5
SAB) against DALLAS LUCAS be dismissed, without prejudice, in the interest of justice.  All future

6
dates in this case are VACATED and all pending Motions are DENIED without prejudice as MOOT.

7
IT IS SO ORDERED.

8
Dated:    **April 8, 2024**

9
                                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Lucas
Case No. 1:24-mj-00036-SAB